IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
JASPER DIVISION

01 SEP 20 AM 9:06

ROGER D. CHAPPELL, )
)
    Plaintiff, )
)
vs. ) CIVIL ACTION NO. 00-BU-1120-J
)
LONG LEWIS FORD, INC., et al., )
)
    Defendants. )

ENTERED
SEP 20 2001

## MEMORANDUM OPINION

    Before the court is the motion for summary judgment filed by the sole remaining defendant in this case, Long Lewis Ford, Inc. The plaintiff has not filed a written response to the summary judgment motion within the time provided for that purpose. However, the plaintiff's counsel, Mr. Garve Ivey, orally represented to the office of the magistrate judge to whom this case was assigned that the plaintiff does not oppose the motion.

    Wherefore, after consideration of the motion and the plaintiff's lack of opposition, it is concluded that Long Lewis Ford's motion for summary judgment is due to be granted and the claims against it dismissed. An appropriate order will be entered.

    DONE this 19th day of September, 2001.

_____
H. Dean Buttram, Jr.
United States District Judge